In the Matter of the Claim of MARTHA STILLWAGON et al., Appellants, against CALLAN BROTHERS et al., Respondents.

STATE INDUSTRIAL COMMISSION, Respondent.

*Stillwagon* v. *Callan Brothers*, 183 App. Div. 141, affirmed.
(Submitted November 12, 1918; decided November 26, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 7, 1918, reversing an award of the state industrial commission made under the Workmen's Compensation Law and dismissing the claim. Claimant's husband (Henry Stillwagon) and another employee of defendant Callan Brothers were engaged in unloading brick from a railroad car. They got into a dispute as to who was first entitled to load, came to blows and Stillwagon was killed. The Appellate Division held that the injury was not a natural incident of the work he was employed to perform.

*Edwin T. Murdoch, William C. Findlay* and *Louis A. Cuvillier* for appellants.

*E. C. Sherwood, William B. Davis* and *Amos H. Stephens* for respondents.

Order affirmed, on opinion of WOODWARD, J., below.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.